TRUMBULL COUNTY BAR ASSOCIATION *v.* MAKRIDIS.

[Cite as *Trumbull Cty. Bar Assn. v. Makridis* (1996), 77 Ohio St.3d 73.]

(No. 96–1428—Submitted September 10, 1996—Decided November 6, 1996.)

*David G. Lake* and *Anthony G. Rossi III*, for relator.

*Robert L. York*, for respondent.

---

*Per Curiam.* We adopt the findings and conclusions of the board, and we hereby publicly reprimand the respondent. Costs taxed to the respondent.

*Judgment accordingly.*

Douglas, Resnick, F.E. Sweeney, Pfeifer and Stratton, JJ., concur.

Moyer, C.J., and Cook, J., dissent.

Cook, J., dissenting. I would impose the sanction agreed to by respondent and relator—a suspension from the practice of law for one year with the suspension stayed on the condition that respondent satisfactorily complete a two-year monitored probation period.

Moyer, C.J., concurs in the foregoing dissenting opinion.